TALBERT TUCKER AND ELLIOT TUCKER, *Plaintiffs in Error,*
v. THE STATE OF FLORIDA, *Defendant in Error.*

En Banc.

Opinion Filed June 24, 1925.

When the Attorney General states in his breif that the tran-
script of the record on writ of error shows a fatal variance be-
tween the *allegata* and the *probata* in a trial for a criminal
offense and the record supports the statement, the judgment
of conviction will be reversed for a new trial.

A Writ of Error to the Criminal Court of Record for
Orange County; W. L. Tilden, Judge.

Judgment reversed.

*W. B. Dickenson* and *Newell & Boyer,* for Plaintiffs in
Error;

*Rivers Buford,* Attorney General, and *Marvin C. McIn-*
*tosh,* Assistant, for the State.

WHITFIELD, J.—The information herein charges that the
defendants "unlawfully and feloniously did receive and aid
in the concealment of" "thirty-two head of cattle, of the
value of Four Hundred Dollars," the defendants "then and
there well knowing that the said property, goods and chattels
had before then been unlawfully and feloniously stolen,
taken and carried away." The verdict is "We the jury find
the defendants, Elliot Tucker and Talbert Tucker, guilty
to the extent of $320 worth of property. We find the de-
fendant, Charlie Tucker, not guilty. So say we all." This
writ of error was taken to a sentence of four years in the
penitentiary.

The brief filed by the Attorney General is as follows:

"The information alleges an unlawful receiving and aiding in concealment of thirty-two head of cattle known to be stolen and the presumption is that the information refers to live cattle.

"After reading the record carefully we find no evidence that defendants received live cattle, but only carcasses and hides of dead animals.

"On account of this variance between the information and the proof we do not feel that we can endeavor to sustain the verdict."

As the confession by the State of material error in the procedure, viz: a fatal variance between the *allegata* and *probata* in the case, has support in the transcript of the record brought here on writ of error, the judgment of conviction is reversed, and the cause remanded for a new trial.

WEST, C. J., AND TERRELL AND STRUM, J. J., concur.